IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEBORAH JOHNSON**                                                                                     **PLAINTIFF**

**v.**                              **CASE NO. 4:15CV00007 BSM**

**PRUDENTIAL INSURANCE COMPANY**
**OF AMERICA**                                                                                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of July 2015.

_____
UNITED STATES DISTRICT JUDGE